**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01296-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

KENNETH A. MORRIS,

Plaintiff,

v.

DIRECTOR CHARLES SAMUELS,
REGIONAL DIRECTOR P. LAIRD,
ADX WARDEN D. BERKEBILE,
ADX ASSOCIATE WARDEN S. JULIAN,
ADX PSYCHOLOGY H. O'NEIL,
ADX PSYCHOLOGY J. COULTER,
ADX TELE-PSYCHIATRY DR. SERASIN,

Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

On May 7, 2014, Plaintiff submitted a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 to the Court. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) ___ is not submitted
(2) ___ is missing affidavit

(3) X prisoner's trust fund statement is not certified by an authorized prison official and does not cover the most immediate six months prior to Plaintiff filing this action
(4) __ is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) __ is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) __ is not on current Court-approved form
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) __ other: ___________________________

**Complaint, Petition or Application**:

(11) __ is not submitted
(12) __ is not on proper form
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos. ___
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) X addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) X other: Plaintiff's information provided in Section E. is incorrect. A review of PACER by the Court indicates Plaintiff has filed at least one prior case while incarcerated. Plaintiff also is required to use the form and only use additional pages when necessary. Plaintiff has failed to present his claims in Section D. and to state the nature of the case under Section C. of the form.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Use of Court-approved forms is required to cure deficiencies. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED May 20, 2014, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland  
                                      United States Magistrate Judge