**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01296-BNB

KENNETH A. MORRIS,

    Plaintiff,

v.

DIRECTOR CHARLES SAMUELS,
REGIONAL DIRECTOR P. LAIRD,
FLORENCE ADX WARDEN D. BERKEBILE,
ASSOCIATE WARDEN HALL,
ASSISTANT MEDICAL ADMINISTRATOR CORDOVA,
ASSOCIATE WARDEN S. JULIAN,
CLINICAL DIRECTOR DOCTOR ALLRED,
PSYCHOLOGIST H. O'NEIL,
PSYCHOLOGIST J. COULTER, and
TELE-PSYCHIATRY DOCTOR SERASIN,

    Defendants.

---

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On June 17, 2013, Plaintiff filed a Motion for Permission to Give Clarification of Plaintiff's Claims 1-4, ECF No. 11, and on June 18, 2013, Plaintiff filed a Pleading claiming he has been denied Court-approved forms and needs an extension of time to file an Amended Complaint if the Motion for Permission is unacceptable, ECF No. 12.

    Plaintiff was directed to file the Amended Prisoner Complaint on a Court-approved form.  The Motion for Permission, ECF No. 11, therefore, does not meet this requirement and is denied.  The Court directs the Clerk of the Court to send to Plaintiff two copies of the Prisoner Complaint Court-approved forms and grants Plaintiff an extension of thirty days from the date of this Minute Order to file an Amended Prisoner Complaint.  In the future, Plaintiff is directed to request Court-approved forms by submitting a written request to the prison Legal Services Department.

Dated:  June 18, 2014